**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:17-CR-20-TLS |
| | ) | |
| JODECI ROWLAND-SMITH | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION

This matter is before the Court on the Findings and Recommendation of the United States

Magistrate Judge [ECF No. 24], filed on May 11, 2017. The Defendant has waived objection to

the Findings and Recommendation, and the Court, being duly advised, adopts the Findings and

Recommendation [ECF No. 24] in its entirety and accepts the recommended disposition. Subject

to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal

Procedure 11(c), if applicable and necessary, the plea of guilty to the offense charged in Count

One (1) of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such

offense.

The notice of sentencing and pre-sentence scheduling deadlines will be issued by separate

order.

SO ORDERED on June 1, 2017.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT